**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:BANK OF AMERICA CORP. AUCTION RATE SECURITIES (ARS) MARKETING LITIGATION, | No. MDL 09-02014 JSW |
| This document applies to: | **ORDER STRIKING LETTER BRIEF** |
| *Twin Lane Inc. v. Bank of America*, 09-1033-JSW | |

On June 11, 2009, Plaintiff Twin Lane Inc. file a letter brief with the Court requesting leave to file a supplemental opposition to Defendants' motion to dismiss. This Court does not accept letter briefs, except in conjunction with discovery disputes. Accordingly, the Court strikes the letter brief from the record. Plaintiff shall re-file its request in pleading form.

**IT IS SO ORDERED.**

Dated: June 12, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE